UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/7/2023__
```

PERSIDA ZLATKOV and CARLOS
ENRIQUE RUIZ,

                  Plaintiffs,

       -v.-

CITIBANK, N.A.,

                Defendant.

22 Civ. 8757 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      Defendant Citibank, N.A.'s motion to compel arbitration and stay the proceedings (ECF No. 9) is GRANTED.  The Clerk of Court is directed to administratively close the case without prejudice to either party.  Within 14 days of the conclusion of the arbitration proceedings, the parties shall file a joint letter-motion to reopen the case.

      SO ORDERED.

Dated:  April 7, 2023
       New York, New York

                            JENNIFER H. REARDEN
                            United States District Judge